101 F.3d 106
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Ljubica RAJKOVIC, Plaintiff, Appellant,
v.
LAVERDE'S MARKET, INC., et al., Defendants, Appellees.
 No. 96-1593.
 United States Court of Appeals, First Circuit.
 Nov. 14, 1996.
 
 Ljubica Rajkovic on brief pro se.
 John Foskett, Marnie J. Wortzman, and Deutsch Williams Brooks DeRensis Holland & Drachman, P.C. on brief for appellee Laverde's Market, Inc.
 Before TORRUELLA, Chief Judge, CYR and STAHL, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have reviewed the record in this case, including the briefs of the parties and the memorandum of the district court. We agree with the district court that plaintiff/appellant has failed to allege sufficient facts to support her allegations that she suffered employment discrimination. Hence, her complaints were properly dismissed.
 
 
 2
 Affirmed. See 1st Cir. Loc. R. 27.1.